OPINION — AG — QUESTION: "IS THE REAL PROPERTY ACQUISITION LENDING PROCEDURE OF 69 O.S. 1965 Supp., 64.1 [69-64.1] ET SEQ., AS APPLICABLE TO THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM CONSTITUTIONAL? — NEGATIVE, AND THAT HE REAL PROPERTY ACQUISITION LENDING PROCEDURE OF 69 O.S. 1965 Supp., 64.1-64.12 [69-64.1] — [69-64.12] IS UNCONSTITUTIONAL IN THAT IT VIOLATES ARTICLE X, SECTION23 OF THE OKLAHOMA CONSTITUTION. CITE: 74 O.S. 1965 Supp., 902 [74-902](14), 74 O.S. 1965 Supp., 921 [74-921], 69 O.S. 1965 Supp., 64.4 [69-64.4] 69 O.S. 1961 64.1 [69-64.1] (BRIAN UPP)